37 So.2d 239

### Reuben Sylvester BARGER v. STATE.

6 Div. 785.

Supreme Court of Alabama.

Oct. 21, 1948.

Jas. L. Marshall and F. F. Windham, both of Tuscaloosa, for petitioner.

A. A. Carmichael, Atty. Gen., and Richard S. Brooks, Asst. Atty. Gen., opposed.

PER CURIAM.

Petition of Reuben Sylvester Barger for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Barger v. State, 37 So.2d 235.

Writ denied and petition dismissed.

All the Justices concur.